# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

MUTAZ M ABUSHAWISH and
MHAMMAD A ABU-SHAWISH,
    Plaintiffs,

    v.                                       Case No. 20-CV-1914

MILWAUKEE COUNTY, DANIEL O HUMPHREYS
MICHAEL GALEZEWSKI and EARNELL LUCAS,
    Defendants.

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 4/15/21
Time Commenced: 11:15 a.m.          Concluded: 11:18 a.m.
Deputy Clerk: WS                          Court Reporter: none

APPEARANCES:

Plaintiff: Drew DeVinney

Defendant: Benjamin Sparks

Nature of Conference: Telephonic Scheduling Conference

Notes: A scheduling order will be issued shortly. Parties will inform the court if they are interested in mediation.